DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC JOHN GUANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00500-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: February 17, 2011 |
| ERIC JOHN GUANCO, | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, ERIC JOHN GUANCO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, January 13, 2011, be continued to Thursday, February 17, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for February 17, 2011,
3  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
4  prepare] (Local Code T4).

5

6  DATED: January 6, 2011         Respectfully submitted,

7                                  DANIEL J. BRODERICK
                                   Federal Defender
8
                                   /S/ Benjamin Galloway
9                                  BENJAMIN GALLOWAY
                                   Assistant Federal Defender
10                                 Attorney for Defendant
                                   ERIC JOHN GUANCO
11

12
    DATED: January 6, 2011         BENJAMIN B. WAGNER
13                                 United States Attorney

14                                 /s/ Benjamin Galloway for
                                   MICHELLE PRINCE
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
16

17                            **O R D E R**

18   **IT IS SO ORDERED.**  Time is excluded from today's date through and
19  including February 17, 2011, in the interests of justice pursuant to 18
20  U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
21  T4.

22   Dated: January 13, 2011
23
24                                  _____
25                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
26
27
28