DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC JOHN GUANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,      )<br>                              )<br>     v.                       )<br>                              )<br> ERIC JOHN GUANCO,            )<br>                              )<br>            Defendant.        )<br> _____ ) | 2:10-CR-500-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: May 12, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

   It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, ERIC JOHN GUANCO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, April 7, 2011, be continued to Thursday, May 12, 2011, at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 12, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 4, 2011         Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ERIC JOHN GUANCO

DATED: April 4, 2011         BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Benjamin Galloway for
                                    MICHELLE PRINCE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 12, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE