DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC JOHN GUANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00500-MCE | |
| Plaintiff, ) | **STIPULATION AND ORDER** | |
| v. ) | DATE: June 23, 2011 | |
| ERIC JOHN GUANCO, ) | TIME: 9:00 a.m. | |
| Defendant. ) | JUDGE: Hon. Morrison C. England Jr. | |
| _____) | | |

　　It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, ERIC JOHN GUANCO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, May 12, 2011, be continued to Thursday, June 23, 2011, at 9:00 a.m.

　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

1  Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for June 23, 2011,
3 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).

DATED: May 9, 2011           Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             ERIC JOHN GUANCO


DATED: May 9, 2011           BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             MICHELLE PRINCE
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 23, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**