DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC JOHN GUANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ERIC JOHN GUANCO,<br><br>            Defendant. | Cr.S. 10-500-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE: July 28, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, ERIC JOHN GUANCO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, June 23, 2011, be continued to Thursday, July 28, 2011, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 28, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 14, 2011            Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                ERIC JOHN GUANCO


DATED: June 14, 2011            BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Benjamin Galloway for
                                MICHELLE PRINCE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  The Status Conference set for June 23, 2011 is hereby continued to July 28, 2011 at 9:00 a.m.  Time is excluded from today's date through and including July 28, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: June 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE