DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC JOHN GUANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-500 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: October 13, 2011 |
| | ) | TIME: 9:00 a.m. |
| ERIC JOHN GUANCO, | ) | JUDGE: Hon. Morrison C. England Jr. |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, ERIC JOHN GUANCO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, September 1, 2011, be continued to Thursday, October 13, 2011, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
///

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for October 13, 2011,
3  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
4  prepare] (Local Code T4).

DATED: August 29, 2011        Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              ERIC JOHN GUANCO


DATED: August 29, 2011        BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              MICHELLE PRINCE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  The Court specifically finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant Eric Guanco in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 1, 2011, to and including October 13, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) T4 (reasonable time for both counsel to prepare).  It is further ordered that the September 1, 2011, status conference shall be continued until October 13, 2011, at 9:00 a.m.

Dated: September 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**3**