```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00500-MCE |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ERIC JOHN GUANCO, | |
| Defendant. | |

Based upon the guilty plea entered by defendant Eric John Guanco and the Notice of Intention to Plead Guilty and Factual Proffer in Support of Guilty Plea filed November 17, 2011, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Eric John Guanco's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   (a) External Hard Drive, 500GB, Maxtor One Touch 4, Serial number 2HA119Q5; and

   (b) Desktop computer, black, no serial number, Windows Product Key VT8KW-48CRY03BFPB-R2M98-HTX7Y.

///

1     2.   The above-listed property was used or intended to be
2  used to commit or to promote the commission of a violation of 18
3  U.S.C. § 2252(a)(2).
4     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5  designee) shall be authorized to seize the above-listed property.
6  The aforementioned property shall be seized and held by the U.S.
7  Marshals Service, in its secure custody and control.
8     4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
9  U.S.C. § 853(n), and Local Rule 171, the United States shall
10 publish notice of the order of forfeiture.  Notice of this Order
11 and notice of the Attorney General's (or a designee's) intent to
12 dispose of the property in such manner as the Attorney General
13 may direct shall be posted for at least 30 consecutive days on
14 the official internet government forfeiture site
15 www.forfeiture.gov.  The United States may also, to the extent
16 practicable, provide direct written notice to any person known to
17 have alleged an interest in the property that is the subject of
18 the order of forfeiture as a substitute for published notice as
19 to those persons so notified.
20         b.   This notice shall state that any person, other than
21 the defendant, asserting a legal interest in the above-listed
22 property, must file a petition with the Court within sixty (60)
23 days from the first day of publication of the Notice of
24 Forfeiture posted on the official government forfeiture site, or
25 within thirty (30) days from receipt of direct written notice,
26 whichever is earlier.
27 ///
28 ///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: January 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE