1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00500-MCE |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC JOHN GUANCO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on or about January 12, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Eric John Guanco and the finding of forfeiture by the Court forfeiting to the United States the following property:

   a)  External Hard Drive, 500 GB, Maxtor One Touch 4, Serial number 2HA119Q5; and

   b)  Desktop computer, black, no serial number, Windows Product Key VT8KW-48CRY03BFPB-R2M98-HTX7Y.

///

///

///

1    AND WHEREAS, beginning on January 14, 2012, for at least 30
2 consecutive days, the United States published notice of the
3 Court's Order of Forfeiture on the official internet government
4 forfeiture site www.forfeiture.gov.  Said published notice
5 advised all third parties of their right to petition the Court
6 within sixty (60) days from the first day of publication of the
7 notice for a hearing to adjudicate the validity of their alleged
8 legal interest in the forfeited property.

9    AND WHEREAS, the Court has been advised that no third party
10 has filed a claim to the subject property, and the time for any
11 person or entity to file a claim has expired.

12    Accordingly, it is hereby ORDERED and ADJUDGED:

13    1.  A Final Order of Forfeiture shall be entered forfeiting
14 to the United States of America all right, title, and interest in
15 the above-listed property pursuant to 18 U.S.C. § 2253, to be
16 disposed of according to law, including all right, title, and
17 interest of Eric John Guanco.

18    2.  All right, title, and interest in the above-listed
19 property shall vest solely in the name of the United States of
20 America.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    3.  The U.S. Marshals Service shall maintain custody of and
2 control over the subject property until it is disposed of
3 according to law.
4    IT IS SO ORDERED.

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE