PHILLIP A. TALBERT
United States Attorney
R. ALEX CARDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC JOHN GUANCO,<br><br>Defendant. | CASE NO. 2:10-CR-00500-MCE<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER<br><br>DATE: March 28, 2024<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Eric John Guanco, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on March 28, 2024.

2. By this stipulation, the parties now move to continue the admit/deny hearing until April 18, 2024, at 10:00 am.

3. The assigned probation officer has informed the parties that she intends to file a superseding violation petition. The parties desire additional time to discuss any additional alleged violations and resolving the alleged violations with the assigned probation officer.

4. The assigned probation does not oppose the requested continuance.

///

///

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING

1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 26, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ R. ALEX CARDENAS<br>R. ALEX CARDENAS<br>Assistant United States Attorney |
| Dated: March 26, 2024 | /s/ JEROME PRICE<br>JEROME PRICE<br>Counsel for Defendant<br>ERIC JOHN GUANCO |

**ORDER**

IT IS SO ORDERED.

Dated: April 1, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE